

**United States Department of Justice**

*United States Attorney*
*Northern District of California*

---

GARTH HIRE
Assistant United States Attorney
Organized Crime Strike Force

Ronald V. Dellums Federal Building
1301 Clay Street, Suite 340 South
Oakland, California 94612-5217

Telephone:  (510) 637-3929
Facsimile:  (510) 637-3724
E-Mail:     Garth.Hire@usdoj.gov

February 1, 2008

*Via E-Filing*

Honorable Wayne D. Brazil
United States Magistrate Judge
United States District Court
Northern District of California
1301 Clay Street, Courtroom 4
Oakland, California 94612

    Re:    United States v. Alonzo Banks
              CR 08-00018 MJJ

Dear Judge Brazil:

     On behalf of both counsel for the government and counsel for defendant, the parties would like to request that a hearing for an arraignment on the information in this case be scheduled at 10:00 a.m. on Monday, February 4, 2008.  Thank you.

                                      Very truly yours,

                                      JOSEPH P. RUSSONIELLO
                                      United States Attorney

                                      _____/s/_____
                                      GARTH HIRE
                                      Assistant United States Attorney

cc:    Jeffrey L. Staniels, Esq.