O AO 455 (Rev. 5/85) Waiver of Indictment

FILED

FEB 4 - 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | |
|---|---|
| V. | WAIVER OF INDICTMENT |
| ALONZO BANKS | |
| | CASE NUMBER: CR 08-00018 MJJ |

I, _____ALONZO BANKS_____, the above named defendant, who is accused of

Using a communications facility (telephone) to facilitate narcotics trafficking in violation of 21 U.S.C. 843(b).

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____2/4/2008_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_____Banks [signature]_____
Defendant

_____[signature] AFD E.D.Ca._____
Counsel for Defendant

Before ___Wayne D. Brazil [signature]___   2/4/08
        Judicial Officer