UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES


FILED
FEB 1 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**THE HONORABLE MARTIN J. JENKINS**          Courtroom Clerk: **Monica Narcisse**

Date: **February 15, 2008 [5:34 - 6:05 pm]**          Court Reporter: **Diane Skillman**

Case No:   **CR08-00018-1 MJJ**

DEFENDANT:   **ALONZO BANKS**   (x) Present   () Not Present   (x) In Custody

AUSA:   **Garth Hire**          AFPD:   **Jeffrey Staniels**

Interpreter:          Probation Officer:

TYPE FOR HEARING:   **Change of Plea**


Motion(s), if any, to be filed on or before:
Opposition due:
Reply(s)


ORDER AFTER HEARING(S):
- Court accepts Stipulation for factual basis for entry or plea. Application to Enter Guilty Plea accepted and filed. Court reserves acceptance of Plea Agreement pending review of Pre-Sentence Report. Court finds defendant **guilty** as to **count 1** of the information.


PRETRIAL CONFERENCE:
TRIAL SET for:

CASE CONTINUED TO:   **March 28, 2008 at 2:30 p.m. (Oak #1)**          for   **Sentencing**


BASIS TO EXCLUDE TIME GRANTED FOR:          Thru


JUDGMENT:


Notes:   **Defendant waives 35-day requirement & interview by USPO for sentencing. Court shall use PSR prepared by Eastern District.**