UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**


FILED
MAR 2 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**THE HONORABLE MARTIN J. JENKINS**          Courtroom Clerk: **Monica Narcisse**

Date: **March 28, 2008**   [3:16 - 3:25 pm]     Court Reporter: **Diane Skillman**

Case No:   **CR08-00018-1 MJJ**

DEFENDANT:   **ALONZO BANKS**   (x) Present   () Not Present   (x) In Custody

AUSA:   **Chinhay Coleman for Garth Hire**       AFPD:   **Jeffrey Staniels**

Interpreter:       Probation Officer:

TYPE FOR HEARING:   **Sentencing**


ORDER AFTER HEARING(S):
- 


PRETRIAL CONFERENCE:
TRIAL SET for:

CASE CONTINUED TO:       for

BASIS TO EXCLUDE TIME GRANTED FOR:       Thru

JUDGMENT:   at the rate of $25 per quarter through the BOP Inmate Financial Responsibility Program while in custody

Notes:   Court finds Offense Level 21, Criminal History III, leading to a Guideline Range of 46- 57 months. The Court follows the PSR and sentences the defendant on count 1 of the indictment to **46 months custody of the BOP to be followed by 1 year supervised release** under the usual terms and conditions and the special conditions as set forth in the PSR. No fine imposed. Defendant to pay $100 special assessment which shall be paid immediately or at the rate of not less than $25 per quarter through the BOP Inmate Financial Responsibility Program while in custody. Defendant remanded to the custody of the U.S. Marshal. See J&C for details.