**FILED**

**AUG 1 8 2008**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

08/13/2008 06:07 PM EST                                                              Version 7.0.1

**Case Debt Type Payment Report**
**U.S. Courts**

Oakland

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | Case No. DCAN408CR000018 | | US VS BANKS | | | | | | | |
| 001 | ALONZO BANKS | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT B080108DCAN408CR000018 | | 1908 | 100.00 | 08/01/2008 |
| | | | | | | Division Payment Total | | | 100.00 | |
| | | | | | | Grand Total | | | 100.00 | |

$ 100.00  SPECIAL ASSESSMENT    on  8/1/08
         PAID IN FULL

Page 1 of 1